| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Central District of California |
| _____ (State) |
| Case number (if known): _____ Chapter 7 |

FILED
JUN 08 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  GLENDALE CENTRE THEATRE

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  95-2271595

**4. Debtor's address**

Principal place of business:
324 N. ORANGE STREET
Number    Street

GLENDALE    CA    91203
City    State    ZIP Code

LOS ANGELES
County

Mailing address, if different from principal place of business:
59 ST. MARTIN'S LAND
Number    Street
UNIT 138
P.O. Box

LONDON    WC2N 4JS
City    State    ZIP Code

Location of principal assets, if different from principal place of business:
CHASE BANK
Number    Street
749 FOOTHILL BLVD.

LA CANADA        91011
City    State    ZIP Code

**5. Debtor's website (URL)**  glendalecentretheatre.com

Debtor  **GLENDALE CENTRE THEATRE**  Case number (if known) _____
        Name

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   **7111** _ _ _

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☑ Chapter 7
   - ☐ Chapter 9
   - ☐ Chapter 11. *Check all that apply:*
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) *are less than $3,024,725. If this sub-box is selected, attach the most* recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

Debtor  **GLENDALE CENTRE THEATRE**  Case number (if known) _____
       Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes.  District _____ When ___/___/_____ Case number _____
                                         MM / DD / YYYY
              District _____ When ___/___/_____ Case number _____
                                         MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes.  Debtor _____ Relationship _____
           District _____ When ___/___/_____
                                     MM / DD / YYYY
           Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

        **Why does the property need immediate attention?** (Check all that apply.)

        ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
           What is the hazard? _____

        ☐ It needs to be physically secured or protected from the weather.

        ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

        ☐ Other _____

        **Where is the property?** _____
                            Number      Street

        _____
        City                                State ZIP Code

        **Is the property insured?**
        ☐ No
        ☐ Yes. Insurance agency _____
              Contact name _____
              Phone _____

---

■ **Statistical and administrative information**

Debtor   **GLENDALE CENTRE THEATRE**   Case number (if known) _____
         Name

| 13. Debtor's estimation of available funds | Check one:<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|

| 14. Estimated number of creditors | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|
| 15. Estimated assets | ☑ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☑ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>I have been authorized to file this petition on behalf of the debtor.<br><br>I have examined the information in this petition and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on __04/25/2023__<br>               MM / DD / YYYY<br><br>✗ _/s/ Brenda Dietlein_                                   BRENDA DIETLEIN<br>Signature of authorized representative of debtor     Printed name<br><br>Title  __Chief Executive Officer__ |
|---|---|

Debtor  **GLENDALE CENTRE THEATRE**
Name

Case number (if known) _____

**18. Signature of attorney**

X _____ Date  04/28/2023
Signature of attorney for debtor       MM  / DD  / YYYY

DAVID A. CORDIER
Printed name

(same)
Firm name

466 Foothill Blvd., No. 300
Number    Street

La Canada                                    CA      91011
City                                         State   ZIP Code

818-553-3669                                 david@deeceelaw.com
Contact phone                                Email address

111208                                       CA
Bar number                                   State

# CREDITOR LIST

Farias Jett & Company
659 W Woodbury Road
Altadena, CA 91001


Robert H Farias
659 W Woodbury Road
Altadena, CA 91001


Gerald & Lois Giddens Trust
G E Giddens & L M Giddens
2 Azulado Drive
Rancho Mission Viejo, CA 92694


Glendale Water & Power
141 N Glendale Ave
Glendale, CA 91206


Lakeshore Investment LLC
659 W Woodbury Road
Altadena, CA 91001


L S A M Inc.
321 N Maclay Avenue Suite D
San Fernando, CA 91340


Andy Brennan
321 N Maclay Avenue Suite D
San Fernando, CA 91340

Jonathan Boyer
321 N Maclay Avenue  Suite #D
San Fernando, CA 91340


Rich Vacarro
321 N Maclay Avenue  Suite #D
San Fernando, CA 91340